United States District Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIANN'K MANSUR, LLC, § | |
| § | |
| *Plaintiff,* § | |
| § | Civil Action No. |
| v. § | 4:23-cv-2914 |
| § | |
| ESTILOISABELLA, LLC, § | |
| and JACQUELINE G. ESPINOZA, § | |
| § | |
| *Defendant.* § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is Plaintiff Viann'K Mansur LLC's Motion for Sanctions (Document No. 59) and Defendant EstiloIsabella LLC and Jacqueline G. Espinoza's Motion for Reconsideration and Response to Plaintiff's Motion for Sanctions (Document No. 62). The Court has received from the Magistrate Judge a Memorandum, Recommendation, and Order recommending that Defendants' Motion for Reconsideration be denied and Plaintiff's Motion for Sanctions be granted in part. The deadline for objections has passed, and no objection was filed.

After having made a *de novo* determination of the Motion for Reconsideration, Motion for Sanctions, and response, the Court finds that the opinion of the Magistrate Judge is correct and should be and hereby is accepted in its entirety.

Accordingly, it is ORDERED and ADJUDGED for the reasons set forth in the Memorandum, Recommendation, and Order of the United States Magistrate Judge signed and filed on October 21, 2025 (Document No. 67), which is adopted in its entirety as the opinion of this Court, that Defendant EstiloIsabella LLC and Jacqueline G. Espinoza's Motion for Reconsideration (Document No. 62) is DENIED and Plaintiff Viann'K Mansur LLC's Motion for Sanctions (Document No. 59) is GRANTED IN PART.

It is so ORDERED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 14TH day of November, 2025.

Ewing Werlein, Jr.
United States District Judge